# United States District Court
# Central District of California

| | |
|---|---|
| KEVIN NATERA,<br><br>          Plaintiff,<br><br>   v.<br><br>SECOND ROUND, LP; TRANS UNION, LLC;<br><br>          Defendants. | Case No. 2:16-cv-04817-ODW(AS)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 35), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than January 30, 2017**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

      **IT IS SO ORDERED.**

      December 1, 2016

                                        _____
                                        **OTIS D. WRIGHT, II**
                                  **UNITED STATES DISTRICT JUDGE**