UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| KEVIN NATERA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC,<br><br>　　　　Defendant(s). | Case No.: 2:16-cv-04817-ODW-AS<br><br>[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE |

## [PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby approved.  All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 31, 2017

By: /s/ Otis D. Wright, II

Otis D. Wright, II

United States District Judge

- 1 -

PROPOSED ORDER